IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRIANNA RODRIGUEZ** <br> 391 Volley Ct. <br> Arnold, MD 21012, | : <br> : <br> : | |
| Plaintiff | : | |
| vs. | : | Civil Case No. |
| | : | |
| **DAT, LLC** <br> 725 Old Owingsville Rd. <br> Mt. Sterling, KY 40353, | : <br> : <br> : | |
| Defendant | : | |

## COMPLAINT

Plaintiff, **BRIANNA RODRIGUEZ**, states and complains against the Defendant, **DAT, LLC**, as follows:

### PARTIES AND JURISDICTION

1. The Plaintiff, BRIANNA RODRIGUEZ ("Ms. Rodriguez"), is a resident of the State of Maryland, specifically 391 Volley Ct., Arnold, MD 21012, and so resided on the date of the automobile collision alleged herein.

2. The Plaintiff is informed and believes the Defendant, DAT, LLC ("DAT"), is a corporation, organized and existing under the laws of the State of Kentucky and maintained its principal place of business at 725 Old Owingsville Rd., Mt. Sterling, Kentucky 40353 on the date of the vehicular collision alleged herein.

3. At all times relevant hereto, the Plaintiff is informed and believes Patty Ann Miller ("Ms. Miller") was an employee of DAT and operating a 2007 Freightliner

1

tractor/trailer truck in the course and scope of her employment with DAT.

4. For jurisdictional purposes, all parties are residents of different states and the matter in controversy exceeds, exclusive of interest and costs, the sum specified in 28 U.S.C. § 1332.

## FACTS

5. On or about October 18, 2021, Ms. Rodriguez was driving a 2006 Honda Civic automobile westbound on Route I-70 in Howard County, Maryland west of Marriottsville Road. She was travelling in the right lane.

6. Ms. Miller was operating her tractor/trailer truck in the same direction on Route I-70 in the middle lane when she drove her vehicle into the right lane and struck Ms. Rodriquez's car with significant force.

7. The impact forced Ms. Miller's vehicle to spin and come to rest in the grassy medium in the middle of I-70.

## COUNT 1 - NEGLIGENCE

8. Ms. Miller had a duty to operate DAT's truck in a safe and prudent manner with regard to the safety of others on the highway.

9. Ms. Miller breached her duty to Ms. Rodriguez in that she failed to keep a safe lookout and reasonable attention to the roadway, failed to keep a safe distance between the vehicle she was driving and the car Ms. Rodriguez was driving and failed to control the vehicle in a safe and prudent manner.

10. Ms. Miller's negligent driving was without due regard to the safety of others and was the proximate cause of the injuries to the Plaintiff.

11. Ms. Miller's negligent conduct has caused Ms. Rodriguez bodily injuries, some of which are serious and permanent and have required multiple visits to physicians. In addition, Ms. Rodriguez has suffered, and will in the future experience, pain and suffering and has incurred, and will in the future incur, medical expenses as a result of her injuries. Further, Plaintiff has incurred damages and will on a continuing basis suffer lost wages, diminution of earning capacity and incur future economic losses.

12. All of Ms. Rodriguez's pain, suffering and losses were caused by the negligent acts of the Defendant's employee, Ms. Miller, while she was in the course and scope of her employment with the Defendant, DAT, without the Plaintiff contributing thereto.

WHEREFORE, Plaintiff **BRIANNA RODRIGUEZ** claims of and from the Defendant, **DAT, LLC**:

A. A sum in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, to be determined at trial;

B. The costs of this suit; and

C. Such other and further relief as this Honorable Court deems necessary and appropriate.

Respectfully submitted,
Campen & Manganaro

By: *[signature]*

Steven D. Campen
3409A Urbana Pike
Frederick, Maryland 21704
P: 301-668-5808
F: 301-831-8734
E: steve_campen@yahoo.com
U.S. Bar No. 03597

## **JURY DEMAND**

The Plaintiff, **BRIANNA RODRIGUEZ**, respectfully demands a trial by jury in the above-captioned case.

Respectfully submitted,
Campen & Manganaro

*Steven D. Campen*
Steven D. Campen
Attorney for the Plaintiff